```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                CIVIL NO.: 21-1932(DSD/TNL)
```

United States Securities and
Exchange Commission,

       Plaintiff,

v.                                        **ORDER**

Jason D. Bullard, Angela
Romero-Bullard, and
Bullard Enterprises, LLC,

Defendants,

DLJ Real Estate LLC,
Empire Investments LLC,
Empire Racing Stables, LLC, and
TI 13LLC,

       Relief Defendants,

Nauni Manty,

       Receiver.

This matter is before the court upon the receiver's motion for an order terminating the receivership and discharging the receiver and her professional advisors. Having considered the motion, which is unopposed, and having reviewed the file and the pleadings, **IT IS HEREBY ORDERED** that:

    1.   The motion [ECF No. 115] is granted;

    2.   The receiver is no longer bound by and is hereby discharged and released from her duties, obligations, and

responsibilities as receiver as set forth in the Receiver Order and any other orders of the court related to her service or appointment as receiver;

    3.    The receiver and her attorneys, consultants and other professionals, and all persons acting by, through, under or in concert with any of them, shall not be liable to anyone for his, her, or their own good faith compliance with: (i) any order, rule, law, judgment or decree; (ii) the duties and responsibilities as receiver or as professional to the receiver; and/or (iii) any actions taken or omitted by them, except on a finding by this court that he, she, it or they acted or failed to act as a result of bad faith or gross negligence or in reckless disregard of his, her, its, or their duties;

    4.    All creditors, investors, and other parties in interest shall be permanently and forever barred, restrained, and enjoined from taking any action to impose or seeking to impose liability on the receiver and her professionals, without first obtaining relief to do so from the court and only limited to the extent provided by the exception in preceding paragraph; and

5. The court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: January 7, 2025         s/David S. Doty
                               David S. Doty, Judge
                               United States District Court