UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 21-1932(DSD/TNL)

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       Plaintiff,

v.                                     **ORDER**

JASON D. BULLARD, ANGELA
ROMERO BULLARD, and BULLARD
ENTERPRISES, LLC,

       Defendants, and

DLJ LLC, EMPIRE INVESTMENTS,
EMPIRE RACING STABLES, LLC,
and TI 13, LLC,

       Relief Defendants.

The court, having considered the consents filed by Relief Defendants DLJ, LLC, Empire Investments, LLC [ECF 34], Empire Racing Stables, LLC [ECF 35], and TI 13, LLC [ECF 36] ("Relief Defendants"), and having considered the arguments and authorities submitted by the Securities and Exchange Commission ("SEC") [ECF 123 and 129] and Defendant Angela Romero-Bullard [ECF 128], hereby rules on the SEC's Motion for Remedies [ECF 121] as follows:

IT IS ORDERED that no disgorgement is appropriate against Relief Defendants as (1) the court-appointed Receiver has recovered assets from them and returned the same to approved claimants, and (2) Relief Defendants are now defunct entities.

Dated: February 24, 2025

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court